```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10512
   DENNIS L WALTRIP
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0397
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/12/07 and confirmed on 09/05/07.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $   3226.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TAYLOR BEAN & WHITAKER M | CURRENT MORTG | .00 | .00 | .00 |
| TAYLOR BEAN & WHITAKER M | MORTGAGE ARRE | 1980.83 | .00 | 1980.83 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CREDIT BUREAU ACCOUNTS I | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3263.39 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 8112.18 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 43.70 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1778.05 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1980.83 | 11375.57 | 1821.75 | .00 | 15178.15 |
| PRINCIPAL PAID | 1980.83 | .00 | .00 | .00 | 1980.83 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1980.83 | .00 | .00 | .00 | 1980.83 |

The Debtor's attorney, THOMAS M BRITT              , was allowed $   2300.00
and was paid $   1200.00  direct and $   1100.00  through the plan.

The Trustee received $    145.17 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/24/08                /S/
                               GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10512 DENNIS L WALTRIP